IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> TROY WRAGG, <br><br>                    Defendant. | CRIMINAL ACTION <br> NO. 15-398 |

### ORDER

**AND NOW**, this 16th day of July 2020, upon consideration of Defendant's Letter (Doc. No. 298), which the Court construes as a pro se motion for compassionate release; Defendant's Motion for Compassionate Release (Doc. No. 300); Defendant's Supplemental Brief in Support of his Motion (Doc. No. 301); the Government's Response in Opposition (Doc. Nos. 302, 303); Defendant's Reply (Doc. No. 306); and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Letter Motion (Doc. No. 298) is **DENIED**.
2. Defendant's Motion for Compassionate Release (Doc. No. 300) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1