IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY WRAGG,<br><br>     Defendant. | CRIMINAL ACTION<br>NO. 15-398 |

### ORDER

**AND NOW**, this 4th day of September 2024, upon consideration of Defendant Troy Wragg's pro se Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 366), the Government's Response in Opposition (Doc. No. 378), Defendant's Reply (Doc. No. 380), Petitioner's Memorandum of Law in Support of his § 2255 Motion (Doc. No. 383), Petitioner's second pro se § 2255 Motion (Doc. No. 384), the evidence presented at the July 25, 2023 evidentiary hearing, Defendant's Memorandum in Support of his Motion (Doc. No. 404), the Government's Response in Opposition (Doc. No. 405), and in accordance with the Court's Opinion issued on this day, it is **ORDERED** as follows:

1. Defendant's pro se Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 366) is **DENIED**. No certificate of appealability will be issued because Defendant has made no substantial showing of the denial of a constitutional right.

2. Defendant's second § 2255 Motion (Doc. No. 384) is **DENIED** as an unauthorized second habeas petition.

3. Defendant's Memorandum in Support of his Motion (Doc. No. 404), which was

incorrectly filed as a third § 2255 Motion, is **DENIED**. No certificate of appealability will be issued because Defendant has made no substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ Joel H. Slomsky, J.

JOEL H. SLOMSKY, J.